SCOTT SCHOOLS (SCSBN 9990)
United States Attorney
JAY R. WEILL (California State Bar No. 75434)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7000

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and SUSAN LOWE, Revenue Officer,** )<br>)<br>**Petitioners,** )<br>)<br>v. )<br>)<br>**BARRY M. BUCKLEY,** )<br>)<br>**Respondent.** )<br>_____ ) | No. C-07-2158-CRB<br><br>**APPLICATION TO RESCHEDULE HEARING ON ORDER TO SHOW CAUSE AND [PROPOSED] ORDER**<br><br>Date: August 3, 2007<br>Time: 10:00 a.m.<br> Location: Courtroom 8, 19th Floor |

The United States seeks a continuance of the hearing on the Order to Show Cause, currently scheduled for June 29, 2007, at 10:00 a.m. to August 3, 2007, at 10:00 a.m.  This application is made to allow the Internal Revenue Service additional time to serve Respondent, Barry M. Buckley.  The Internal Revenue Service has been unable to serve Respondent Buckley to date and additional time is necessary to allow sufficient time for Respondent Buckley to respond to the Petition and/or Order to Show Cause Re: Enforcement of Internal Revenue Service Summons prior to the scheduled hearing date.

//

//

Accordingly, the United States requests that the hearing on the Order to Show Cause, currently scheduled for June 29, 2007, at 10:00 a.m. be rescheduled to August 3, 2007, at 10:00 a.m.

        Respectfully submitted,

        SCOTT SCHOOLS
        United States Attorney

Dated: *June 7, 2007*        /s/

        CYNTHIA STIER
        Assistant U.S. Attorney
        Attorneys for the Defendant

## ORDER

**IT IS HEREBY ORDERED** that the hearing on the Order to Show Cause, currently scheduled for June 29, 2007, at 10:00 a.m. be rescheduled to  August 03 , 2007 at  10 :00 a.m.

**IT IS FURTHER ORDERED** that respondent BARRY M. BUCKLEY appear before this Court on the   August 03  , 2007 at ~~     :00 a.m~~., at 10:00 a.m., in Courtroom No. 8, 19th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, and then and there show cause, if any, why he should not be compelled to appear and provide documents and testimony as required by the summons heretofore served upon him as alleged and set forth in particular in said petition; and it is further

**ORDERED** that a copy of this Order, together with a copy of the aforesaid petition, be served up said respondent in accordance with Rule 4 of the Fed.R.Civ.P. at least thirty-five (35) days before the return date of this Order above specified; and it is further

**ORDERED** that within twenty-one (21) days before the return date of this Order, respondent may file and serve any written response to the petition supported by the appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. §1746, as well as any motion he

Application to Reschedule Hearing on Order to Show
Cause and [Proposed] Order,
Case No. C-07-2158-CRB

1  desires to make, that the petitioner may file and serve any a written reply to such response, if any
2  within fourteen (14) days before the return date of this Order, that all motions and issues raised
3  by the pleadings will be considered on the return date of this Order, and only those issues raised
4  by motion or brought into controversy by the responsive pleadings and supported by affidavits(s)
5  or declaration(s) will be considered at the return of this Order, and any uncontested allegations in
6  the petition will be considered admitted.

8  IT IS SO ORDERED.

11 Dated:   June 11, 2007
12                                              THE HONORABLE CHARLES R. BREYER
                                                UNITED STATES DISTRICT JUDGE

Application to Reschedule Hearing on Order to Show
Cause and [Proposed] Order,
Case No. C-07-2158-CRB