IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and SUSAN LOWE, Revenue Officer, )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>BARRY M. BUCKLEY, )<br>)<br>Respondent. ) | No. C-07-2158-~~JS~~ CRB<br><br><br><br><u>**ORDER ENFORCING SUMMONS**</u> |

This case having come on for hearing on August 3, 2007, at 10:00 a.m., upon the return of an Order to Show Cause heretofore issued by this Court, and the Court having considered the record herein, including the Verified Petition To Enforce Internal Revenue Service Summons, it is hereby:

**ORDERED** that respondent, Barry M. Buckley, shall appear before Revenue Officer Susan Lowe, or any other designated agent, on August 24, 2007, at the Offices of the Internal Revenue Service located at 100 Smith Ranch Road, Suite 120, San Rafael, Ca 94903, and then and there give testimony relating to the matters described in the subject Internal Revenue Service summons, copies of which are attached hereto as **Exhibits A** and produce for the Revenue Officer's inspection and copying respondent's records also described in the subject Internal Revenue Service summons.

**ORDERED** this _3rd_ day of _August 2007_ at San Francisco, California.

UNITED STATES DISTRICT JUDGE



# Summons

## Collection Information Statement

In the matter of  BARRY M & PATRICIA K BUCKLEY, 12 LOVEJOY WAY, NOVATO, CA 94949-6238
Internal Revenue Service *(Identify Division)*  SMALL BUSINESS/SELF EMPLOYED
Industry/Area *(Identify by number or name)*  SB/SE AREA 7 (27)
Periods:  Form 1040 for the calendar periods ending December 31, 2001 and December 31, 2002

**The Commissioner of Internal Revenue**

**To:** BARRY BUCKLEY
**At:** 12 LOVEJOY WAY, NOVATO, CA 94949

You are hereby summoned and required to appear before S.D. LOWE, an Internal Revenue Service *(IRS)* officer, and/or his or her designee, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown: Form 1040 for the calendar periods ending December 31, 2001 and December 31, 2002

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 01/01/2006 To 10/31/2006

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

---

**Do not write in this space**

---

Business address and telephone number of IRS officer before whom you are to appear:

100 SMITH RANCH ROAD, SUITE 120, SAN RAFAEL, CA 94903   (415) 479-0301

Place and time for appearance: At   100 SMITH RANCH ROAD, SUITE 120, SAN RAFAEL, CA 94903

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6637 (Rev.10-2006)
Catalog Number 25000Q

on the  29th  day of  November , 2006 at  10:30  o'clock  a  m.

Issued under authority of the Internal Revenue Code this  15th  day of November , 2006

S.D. LOWE  *Susan Lowe*    REVENUE OFFICER
Signature of issuing officer                Title

Signature of approving officer *(if applicable)*    Title

**EXHIBIT A**

Original -- to be kept by IRS



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 11-15-2006 | 2:56pm |

**How Summons Was Served**

☒ I handed an attested copy of the summons to the person to whom it was directed.

☐ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any).

| Signature | Title |
|---|---|
| Susan Lowe | Revenue Officer |

I certify that the copy of the summons served contained the required certification.

| Signature | Title |
|---|---|
| Susan Lowe | Revenue Officer |

Catalog No. 25000Q                                    Form 6637 (Rev. 10-2006)